**Kimberly G. Flores, SBN 227131**
**F**agalde, **A**lbertoni & **F**lores, LLP
2808 Park Avenue, Suite A
Merced, California 95348
T: 209.384.8800
F: 209.384.8833
Kim@Mercedlaw.com

Attorneys for: Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILLIP BROOKS,**<br><br>**Plaintiffs**<br><br>vs.<br><br>**COUNTY OF MARIPOSA; MARIPOSA COUNTY SHERIFF'S DEPARTMENT; DEPUTY SHERIFF RON BEVERAGE, an individual; DEPUTY SHERIFF JUSTIN STRUM, an individual; DEPUTY SHERIFF RICH PARRISH, an individual; and DOES 1 THROUGH 50, INCLUSIVE**<br><br>**Defendants.** | **CASE NO:1:10-CV-00800-AWI-SKO**<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINES** |

Plaintiff, PHILLIP BROOKS, and Defendants, MARIPOSA COUNTY, MARIPOSA COUNTY SHERIFF'S DEPARTMENT, DEPUTY SHERIFF RON BEVERAGE, DEPUTY SHERIFF JUSTIN STURM, AND DEPUTY SHERIFF RICH PARRISH, through their counsel, STIPULATE AND AGREE AS FOLLOWS:

1. On August 11, 2010, the Court entered a Scheduling Order (Document No. 17) establishing the following deadlines:

   Discovery Deadline (non-expert):      January 31, 2011

   Expert Disclosure Deadline:            January 17, 2011

   Supplemental Expert Disclosure:        January 31, 2011

   Non-Dispositive Motion Filing Deadline:  February 28, 2011

-1-
STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES

| | |
|---|---|
| Dispositive Motion Filing Deadline: | April 22, 2011 |
| Pre-Trial Conference: | July 20, 2011 |
| Settlement Conference: | March 1, 2011 |
| Trial Date: | September 7, 2011 |

2. The parties have worked together in a cooperative manner in conducting discovery in this matter.  Counsel for the Defendants had some difficulty obtaining Plaintiff's medical records and his deposition was scheduled as soon as those records were received.  Plaintiff's deposition was taken on December 1, 2010.  Information gathered from Plaintiff's medical records and deposition testimony gave rise to the need for Defendants to have an independent medical examination of Plaintiff.  The parties have stipulated to the independent medical examination and are in the process of scheduling said examination.

3. **The parties hereby stipulate and agree to extend the time for disclosure of experts to April 22, 2011 and supplemental expert disclosure to May 13, 2011.**

4. The parties hereto believe that the interests of judicial economy and the interests of justice will best be served by the requested extension of the expert discovery deadlines, particularly with the trial of this action scheduled, more than 9 months from now on September 7, 2011.

Dated: December 22, 2010                By /s/ R. Neal Safran
                                         R. Neal Safran, Counsel for Plaintiff

Dated: December 22, 2010                By /s/ Kimberly G. Flores
                                         Kimberly G. Flores, Counsel for Defendants

///

///

**ORDER**

On December 22, 2010, the parties filed a stipulated request seeking an extension of the expert disclosure and supplemental expert disclosure deadlines currently set for January 17, 2011, and January 31, 2011, respectively. The parties seek to extend the expert disclosure deadline until April 22, 2011, and the supplemental expert disclosure deadline until May 13, 2011.

While the Court is willing to accommodate the parties' request for an extension of the deadlines, the dates proposed by the parties are problematic because they occur *after* the last day to file non-dispositive motions (February 28, 2011) and *on or after* the last day to file dispositive motions (April 22, 2011). To preserve the dispositive motion filing deadline, the Pre-Trial Conference and Trial dates, the Court will GRANT the parties' request **IN PART** as follows:

1. Non Expert Discovery         February 28, 2011
2. Expert Disclosure            February 22, 2011
3. Supplemental Expert Disclosure   March 4, 2011
4. Non-Dispositive Motion Filing    March 22, 2011

All other scheduling deadlines and dates remain **unchanged** including the Dispositive Motion Filing deadline, Pre-Trial Conference, Settlement Conference, and Trial dates.

IT IS SO ORDERED.

Dated:   **January 3, 2011**                    /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE