**Kimberly G. Flores, SBN 227131**
**F**agalde, **A**lbertoni & **F**lores, LLP
2808 Park Avenue, Suite A
Merced, California 95348
T: 209.384.8800
F: 209.384.8833
Kim@Mercedlaw.com

Attorneys for: Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILLIP BROOKS,**<br><br>**Plaintiffs**<br><br>vs.<br><br>**COUNTY OF MARIPOSA; MARIPOSA COUNTY SHERIFF'S DEPARTMENT; DEPUTY SHERIFF RON BEVERAGE, an individual; DEPUTY SHERIFF JUSTIN STRUM, an individual; DEPUTY SHERIFF RICH PARRISH, an individual; and DOES 1 THROUGH 50, INCLUSIVE**<br><br>**Defendants.** | **CASE NO:1:10-CV-00800-AWI-SKO**<br><br>**STIPULATION AND ORDER FOR PHYSICAL EXAMINATION** |

Plaintiff, PHILLIP BROOKS, and Defendants, MARIPOSA COUNTY, MARIPOSA COUNTY SHERIFF'S DEPARTMENT, DEPUTY SHERIFF RON BEVERAGE, DEPUTY SHERIFF JUSTIN STURM, AND DEPUTY SHERIFF RICH PARRISH, through their counsel, STIPULATE AND AGREE AS FOLLOWS:

Plaintiff shall submit to a medical examination pursuant to the provisions of Federal Rules of Civil Procedure, Rule 35. The examination will be performed by Dr. Donald R. Huene, whose specialty is orthopaedic surgery, and by such assistants and colleagues as the physician may call upon to assist or to advise him in the examination.

**The examination will take place on January 25, 2011, at 2 p.m., at Dr. Huene's office at 201 North Valeria, Fresno, California.**

1 Said examination shall include an oral history and interview, a physical examination, and
2 any and all other tests which are ordinarily deemed a part of such physical examination. At the
3 time of said examination, Plaintiff shall answer all proper questions asked of him by the
4 examiner, including occupational history and prior injuries and diseases for the purposes of
5 making a proper diagnosis of the Plaintiff's condition.

Defendant shall be solely responsible for the costs of such examination.

IT IS SO STIPULATED.

Dated: January 19, 2011                By  /s/ Neal R. Safran
                                           Neal R. Safran, Attorney for Plaintiff


Dated: January 21, 2011                By   /s/ Kimberly G. Flores
                                            Kimberly G. Flores, Attorney for Defendants


**ORDER**

IT IS SO ORDERED.

   Dated:   **January 25, 2011**                **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE