# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BROOKS, | CASE NO. 1:10-cv-00800-AWI-SKO |
| Plaintiff, | **ORDER ON PARTIES' STIPULATED REQUEST TO CONTINUE TRIAL AND AMEND SCHEDULING ORDER** |
| v. | |
| MARIPOSA COUNTY, et al., | |
| Defendants. | (Docket No. 27) |

On March 7, 2011, the parties filed a stipulated request for a revised scheduling order. (Doc. 27.) The parties stated that they had agreed to continue all of the remaining scheduling dates in the litigation, including the trial date, because the attorney representing Defendants will be taking maternity leave during the dates on which the trial is currently set. (Doc. 27, ¶3.)

The parties have stated good cause, and the Court will grant a continuance. While the Court can accommodate some of the new dates proposed by the parties, other dates have been changed to accommodate the Court's schedule and to allow sufficient time between events. The Court has continued the dates for the non-dispositive motions filing deadline and the hearing date on non-dispositive motions. Therefore, the Court has not adopted all of the dates proposed by the parties, and the schedule deadlines will be revised as follows:

///

///

| Event | Previous Deadline | Revised Deadline |
|---|---|---|
| Expert Discovery | February 22, 2011 | September 16, 2011 |
| Non-Disp. Motion Filing | March 22, 2011 | September 21, 2011 |
| Hearing for Non-Disp. Motions | April 20, 2011 | October 19, 2011 |
| Disp. Motion Filing | April 22, 2011 | October 28, 2011 |
| Hearing for Disp. Motions | June 6, 2011 | December 12, 2011 |
| Pre-Trial Conference | July 20, 2011 | January 18, 2012 |
| Settlement Conference | April 7, 2011 | May 24, 2011 |
| Trial Date | September 7, 2011 | March 13, 2012 |

Accordingly, IT IS HEREBY ORDERED that the parties' request for an extension of their scheduling deadlines is GRANTED as set forth above.

IT IS SO ORDERED.

**Dated:   March 9, 2011**                              /s/ Sheila K. Oberto
                                                       UNITED STATES MAGISTRATE JUDGE