**Kimberly G. Flores, SBN 227131**
**F**agalde, **A**lbertoni & **F**lores, LLP
2808 Park Avenue, Suite A
Merced, California 95348
T: 209.384.8800
F: 209.384.8833
Kim@Mercedlaw.com

Attorneys for: Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILLIP BROOKS,**<br><br>**Plaintiffs**<br><br>vs.<br><br>**COUNTY OF MARIPOSA; MARIPOSA COUNTY SHERIFF'S DEPARTMENT; DEPUTY SHERIFF RON BEVERAGE, an individual; DEPUTY SHERIFF JUSTIN STRUM, an individual; DEPUTY SHERIFF RICH PARRISH, an individual; and DOES 1 THROUGH 50, INCLUSIVE**<br><br>**Defendants.** | **CASE NO:1:10-CV-00800-AWI-SKO**<br><br><br>**ORDER ON STIPULATION TO VACATE TRIAL** |

Based upon the Stipulation to Vacate Trial submitted by the Parties on or about October 28, 2011, and FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Pre-Trial Conference and Jury Trial currently scheduled for January 18, 2012, and March 13, 2012, respectively, are VACATED.

IT IS FURTHER ORDERED, that the matter is scheduled for a Status Conference on March 13, 2012, at 10:00 a.m., before Magistrate Judge Sheila K. Oberto, unless the case has been dismissed prior to that date.

IT IS SO ORDERED.

Dated: **December 8, 2011**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE