**Kimberly G. Flores, SBN 227131**
**F**agalde, **A**lbertoni & **F**lores, LLP
2808 Park Avenue, Suite A
Merced, California  95348
T:  209.384.8800
F:  209.384.8833
Kim@Mercedlaw.com

Attorneys for:  Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILLIP BROOKS,**<br><br>**Plaintiffs**<br><br>vs.<br><br>**COUNTY OF MARIPOSA; MARIPOSA COUNTY SHERIFF'S DEPARTMENT; DEPUTY SHERIFF RON BEVERAGE, an individual; DEPUTY SHERIFF JUSTIN STRUM, an individual; DEPUTY SHERIFF RICH PARRISH, an individual; and DOES 1 THROUGH 50, INCLUSIVE**<br><br>**Defendants.** | **CASE NO:1:10-CV-00800-AWI-SKO**<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

Plaintiff, PHILLIP BROOKS, and Defendants, COUNTY OF MARIPOSA, RON BEVERAGE, JUSTIN STURM, and RICH PARRISH, through their counsel, STIPULATE AND AGREE AS FOLLOWS:

The parties reached a Conditional Settlement in this matter on or about September 26, 2011.  The Veteran's Administration has asserted a lien against any recovery Plaintiff may receive in this matter in an amount in excess of $800,000.  The Settlement between Plaintiff and Defendants cannot be completed until Plaintiff secures a release of lien or a written agreement to reduce the lien from the Veteran's Administration.  The matter was scheduled for a Status Conference on March 13, 2012, pending resolution of the lien and dismissal of the case.

Counsel for the Plaintiff herein has been working with the Veteran's Administration to negotiate the lien; however, the process has taken longer than expected because the matter must

1  be submitted to the Department of Justice for approval. Although Plaintiff expects to have a
2  response from the Veteran's Administration in the near future, it is doubtful a response will be
3  received prior to the March 13, 2012, Status Conference.
4      Accordingly, and for good cause appearing, the Parties hereby stipulate to continue the
5  Status Conference to May 8, 2012, at 10:15 a.m. before Magistrate Sheila K. Oberto.
6  IT IS SO STIPULATED.

Dated: March 9, 2012                                     **F**AGALDE | **A**LBERTONI | **F**LORES, LLP

                                                         By____/s/_____
                                                              Kimberly G. Flores,
                                                              Attorneys for Defendants

Dated: March __, 2012

                                                         By____/s/_____
                                                              Neal R. Safran,
                                                              Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED.

   Dated:   **March 12, 2012**                            _____/s/ Sheila K. Oberto_
                                                          UNITED STATES MAGISTRATE JUDGE