**Kimberly G. Flores, SBN 227131**
**F**agalde, **A**lbertoni & **F**lores, LLP
2808 Park Avenue, Suite A
Merced, California 95348
T: 209.384.8800
F: 209.384.8833
Kim@Mercedlaw.com

Attorneys for: Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILLIP BROOKS,**<br><br>**Plaintiffs**<br><br>vs.<br><br>**COUNTY OF MARIPOSA; MARIPOSA COUNTY SHERIFF'S DEPARTMENT; DEPUTY SHERIFF RON BEVERAGE, an individual; DEPUTY SHERIFF JUSTIN STRUM, an individual; DEPUTY SHERIFF RICH PARRISH, an individual; and DOES 1 THROUGH 50, INCLUSIVE**<br><br>**Defendants.** | **CASE NO:1:10-CV-00800-AWI-SKO**<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION** |

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the entire above-captioned case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorney fees or other expenses of litigation.

**IT IS SO STIPULATED.**

Dated: May 2, 2012                              **F**AGALDE | **A**LBERTONI | **F**LORES, LLP

                                                          By____/s/_____
                                                               Kimberly G. Flores,
                                                               Attorneys for Defendants

Dated: May 2, 2012

                                                          By____/s/_____
                                                               Neal R. Safran,
                                                               Attorney for Plaintiff

## **ORDER**

**In light of the parties' stipulation, the Clerk of the Court is DIRECTED to close this action in light of Rule 41(a) of the Federal Rules of Civil Procedure.**

IT IS SO ORDERED.

Dated:   May 7, 2012                                   _____
                                                                            CHIEF UNITED STATES DISTRICT JUDGE