**Kimberly G. Flores, SBN 227131**
**F**agalde, **A**lbertoni & **F**lores, LLP
2808 Park Avenue, Suite A
Merced, California 95348
T: 209.384.8800
F: 209.384.8833
Kim@Mercedlaw.com

Attorneys for: Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILLIP BROOKS,** | **CASE NO:1:10-CV-00800-AWI-SKO** |
| **Plaintiffs** | |
| vs. | **STIPULATION AND ORDER** |
| **COUNTY OF MARIPOSA; MARIPOSA COUNTY SHERIFF'S DEPARTMENT; DEPUTY SHERIFF RON BEVERAGE, an individual; DEPUTY SHERIFF JUSTIN STRUM, an individual; DEPUTY SHERIFF RICH PARRISH, an individual; and DOES 1 THROUGH 50, INCLUSIVE** | **FOR DISMISSAL OF ENTIRE ACTION** |
| **Defendants.** | |

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the entire above-captioned case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorney fees or other expenses of litigation.

**IT IS SO STIPULATED.**

Dated: May 2, 2012                    **F**AGALDE | **A**LBERTONI | **F**LORES, LLP

                    By_____/s/_____
                    Kimberly G. Flores,
                    Attorneys for Defendants

Dated: May 2, 2012

                    By_____/s/_____
                    Neal R. Safran,
                    Attorney for Plaintiff

**F**AGALDE,
**A**LBERTONI &
**F**LORES, LLP

-1-
STIPULATION FOR DIMISSAL

**ORDER**

**In light of the parties' stipulation, the Clerk of the Court is DIRECTED to close this action in light of Rule 41(a) of the Federal Rules of Civil Procedure.**

IT IS SO ORDERED.

Dated:   May 7, 2012                             _____
                                                 CHIEF UNITED STATES DISTRICT JUDGE